| | |
|---|---|
| **MILSTEIN JACKSON FAIRCHILD & WADE, LLP**<br>Gillian L. Wade (CA Bar No. 229124)<br>gwade@mjfwlaw.com<br>Sara Avila (CA Bar No. 263213)<br>savila@mjfwlaw.com<br>Marc A. Castaneda, State Bar No. 299001<br>mcastaneda@mjfwlaw.com<br>10250 Constellation Blvd.<br>14th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 396-9600<br>Fax: (310) 396-9635<br><br>**SLACK & DAVIS, LLP**<br>Michael L. Slack (TX Bar No. 18476800)<br>(to apply *pro hac vice*)<br>mslack@slackdavis.com<br>John R. Davis (CA Bar No. 308412)<br>jdavis@slackdavis.com<br>2705 Bee Cave Road, Suite 220<br>Austin, Texas 78746<br>Telephone: (512) 795-8686<br>Fax: (512) 795-8787<br><br>Attorneys for Plaintiffs and the Proposed Class | **LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.**<br>Ron Bender (SBN 143364)<br>Beth Ann R. Young (SBN 143945)<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, California 90067<br>Telephone: (310) 229-1234;<br>Facsimile: (310) 229-1244<br>Email: rb@lnbyb.com ; bry@lnbyb.com<br><br>Attorneys for Defendant Bluesmart (assignment for the benefit of creditors), LLC |

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE SAMBORA, WILLIAM TAYLOR, DONALD HICKS, JAMES BRENNAN and MARC WEINBERG, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLUESMART INC., a Delaware corporation, and BLUESMART (ASSIGNMENT FOR THE BENEFIT OF CREDITORS), LLC; and, DOES 1-100,<br><br>Defendants. | Case No. 18-cv-01253-YGR<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL HEARING DATES AND DEADLINES** |

Plaintiffs Joe Sambora and William Taylor and Defendant Bluesmart (Assignment for the Benefit of Creditors), LLC ("Bluesmart ABC"), through their respective counsel, hereby notify the Court that they have reached a resolution regarding all claims against Bluesmart ABC. The parties jointly request that the Court vacate all hearings and deadlines, including the hearing scheduled for 2:00 p.m. on June 12, 2018 regarding Plaintiffs' Motion for Preliminary Injunctive Relief.

Plaintiffs will file a joint notice of voluntary dismissal once the appropriate settlement documents have been executed.

Dated: June 8, 2018

Respectfully submitted,

*/s/ G. Wade*

**MILSTEIN JACKSON FAIRCHILD & WADE, LLP**
Gillian L. Wade (CA Bar No. 229124)
gwade@mjfwlaw.com
Sara Avila (CA Bar No. 263213)
savila@mjfwlaw.com
Marc A. Castaneda, State Bar No. 299001
mcastaneda@mjfwlaw.com
10250 Constellation Blvd.
14th Floor
Los Angeles, California 90067
Telephone: (310) 396-9600
Fax: (310) 396-9635

**SLACK & DAVIS, LLP**
Michael L. Slack (TX Bar No. 18476800)
(to apply *pro hac vice*)
mslack@slackdavis.com
John R. Davis (CA Bar No. 308412)
jdavis@slackdavis.com
2705 Bee Cave Road, Suite 220
Austin, Texas 78746
Telephone: (512) 795-8686
Fax: (512) 795-8787

Attorneys for Plaintiffs and the Proposed Class

*/s/ B. Young*

**LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.**
Ron Bender (SBN 143364)
Beth Ann R. Young (SBN 143945)
10250 Constellation Boulevard,
Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234;
Facsimile: (310) 229-1244
Email: rb@lnbyb.com ; bry@lnbyb.com

Attorneys for Defendant Bluesmart (assignment for the benefit of creditors), LLC