**MILSTEIN JACKSON FAIRCHILD & WADE, LLP**
Gillian L. Wade (CA Bar No. 229124)
gwade@mjfwlaw.com
Sara Avila (CA Bar No. 263213)
savila@mjfwlaw.com
Marc A. Castaneda, State Bar No. 299001
mcastaneda@mjfwlaw.com
10250 Constellation Blvd.
14th Floor
Los Angeles, California 90067
Telephone:   (310) 396-9600
Fax:             (310) 396-9635

**SLACK & DAVIS, LLP**
Michael L. Slack (TX Bar No. 18476800)
(to apply *pro hac vice*)
mslack@slackdavis.com
John R. Davis (CA Bar No. 308412)
jdavis@slackdavis.com
2705 Bee Cave Road, Suite 220
Austin, Texas 78746
Telephone: (512) 795-8686
Fax: (512) 795-8787

Attorneys for Plaintiffs and the Proposed Class

**LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.**
Ron Bender (SBN 143364)
Beth Ann R. Young (SBN 143945)
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234;
Facsimile: (310) 229-1244
Email: rb@lnbyb.com ; bry@lnbyb.com

Attorneys for Defendant Bluesmart
(assignment for the benefit of creditors), LLC

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE SAMBORA, WILLIAM TAYLOR, DONALD HICKS, JAMES BRENNAN and MARC WEINBERG, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLUESMART INC., a Delaware corporation, and BLUESMART (ASSIGNMENT FOR THE BENEFIT OF CREDITORS), LLC; and, DOES 1-100,<br><br>Defendants. | Case No. 18-cv-01253-YGR<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE (FED. R. CIV. P. 41(A)(1)(A)(II))** |

GRANTED
Judge Yvonne Gonzalez Rogers

---

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through their respective counsel, hereby stipulate to the dismissal with prejudice of all claims of Joe Sambora, William Taylor, Donald Hicks, James Brennan and Marc Weinberg, without fees or costs to any party.

Dated: June 18, 2018

*/s/ signature/*

**MILSTEIN JACKSON FAIRCHILD & WADE, LLP**
Gillian L. Wade (CA Bar No. 229124)
gwade@mjfwlaw.com
Sara Avila (CA Bar No. 263213)
savila@mjfwlaw.com
Marc A. Castaneda, State Bar No. 299001
mcastaneda@mjfwlaw.com
10250 Constellation Blvd.
14th Floor
Los Angeles, California 90067
Telephone:   (310) 396-9600
Fax:              (310) 396-9635

**SLACK & DAVIS, LLP**
Michael L. Slack (TX Bar No. 18476800)
(to apply *pro hac vice*)
mslack@slackdavis.com
John R. Davis (CA Bar No. 308412)
jdavis@slackdavis.com
2705 Bee Cave Road, Suite 220
Austin, Texas 78746
Telephone: (512) 795-8686
Fax: (512) 795-8787

Attorneys for Plaintiffs and the Proposed Class

Respectfully submitted,

*/s/ B. Young/*

**LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.**
Ron Bender (SBN 143364)
Beth Ann R. Young (SBN 143945)
10250 Constellation Boulevard,
Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234;
Facsimile: (310) 229-1244
Email: rb@lnbyb.com ; bry@lnbyb.com

Attorneys for Defendant Bluesmart
(assignment for the benefit of creditors), LLC

1

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**