# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOE SAMBORA, ET AL.,** <br> Plaintiffs**,** <br> vs. <br> **BLUESMART INC,** <br> Defendant**.** | CASE NO. 18-cv-01253-YGR <br><br> **ORDER TO SHOW CAUSE RE: MONETARY SANCTIONS FOR FAILURE TO RESPOND TO COMPLIANCE SETTING; VACATING COMPLIANCE HEARINGS** <br><br> Re: Dkt. No. 50 |

**TO PLAINTIFFS AND THEIR COUNSEL OF RECORD**:

You are **HEREBY ORDERED TO SHOW CAUSE** why you should not be sanctioned in the amount of $200 for failure to comply with this Court's order setting a compliance hearing, issued on June 7, 2018 with respect to the outstanding default judgment as against defendant Bluesmart. (Dkt. No. 50.) The Court does not allow matters to linger. If plaintiffs are no longer proceeding against Bluesmart, then they shall file the appropriate dismissal, or alternatively, they must comply with the Court's prior order.

A hearing on this Order to Show Cause will be held on **Friday, July 13, 2018**, on the Court's **9:01 a.m.** calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. By no later than **Monday, July 9, 2018**, plaintiffs must file a written response to this Order to Show Cause.

If the Court is satisfied with plaintiffs' response, the hearing may be taken off calendar and plaintiffs need not appear. Otherwise, lead trial counsel must personally appear at the hearing. Neither a special appearance nor a telephonic appearance will be permitted. Failure to file a joint statement, written response, or to appear personally will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

\\

The compliance hearing currently set for Friday, July 6, 2018 is **VACATED**.[1]

**IT IS SO ORDERED.**

Dated: July 2, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] In light of plaintiffs' and Bluesmart ABC's Joint Stipulation for Dismissal (Dkt. No. 59), which the Court approved on June 19, 2018 (Dkt. No. 60), the separate compliance hearing currently set for July 6, 2018 is also **VACATED**.