# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOE SAMBORA, ET AL.,**<br>Plaintiffs,<br>vs.<br>**BLUESMART INC,**<br>Defendant. | CASE NO. 18-cv-01253-YGR<br><br>**ORDER DISCHARGING OSC RE: SANCTIONS AND VACATING HEARING** |

On July 2, 2018, the Court issued an Order to Show Cause ("OSC") to plaintiffs' counsel regarding the imposition of monetary sanctions for counsel's failure to respond to the Court's previous compliance setting. (Dkt. No. 61 ("OSC re: Sanctions").) Plaintiffs' counsel provided a timely written response to the OSC re: Sanctions. (Dkt. No. 62.) Having reviewed the submission, the Court is satisfied with counsel's response. Accordingly, the OSC re: Sanctions is **DISCHARGED** and the hearing set for July 13, 2018 is **VACATED**.

**IT IS SO ORDERED.**

Dated: July 11, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**